UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| YUNIOR SOSA ORDONEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:26-CV-067-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER DIRECTING SUPPLEMENT** |
| FIELD OFFICE DIRECTOR, *ICE Enforcement and Removal Operations, Louisville, Kentucky Field Office, U.S. Immigration and Customs Enforcement, Department of Homeland Security, in his official capacity (and any successor in office)*, et al., | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Respondents' Response to Order to Show Cause, [R. 5], and attached Notice to Appear, [R. 5-1]. Having viewed the Response and the attached Notice, the Court believes that a portion of the Notice may be missing, as the top third of page one of the Notice is blank and text also appears to be cut off toward the bottom of the blank section.

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Respondents **SHALL** supplement the Notice to Appear, [**R. 5-1**], to include the full contents of the Notice (excluding any redacted materials therein) **no later than Tuesday, March 17, at 5:00 p.m**.

This the 16th day of March, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY