UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YUNIOR SOSA ORDONEZ,         )
        )
     Petitioner,        )    Civil Action No. 3:26-CV-067-CHB
        )
v.        )
        )    **JUDGMENT**
FIELD OFFICE DIRECTOR, *ICE*        )
*Enforcement and Removal Operations,*        )
*Louisville, Kentucky Field Office, U.S.*        )
*Immigration and Customs Enforcement,*        )
*Department of Homeland Security, in his*        )
*official capacity (and any successor in*        )
*office), et al.,*        )
        )
     Respondents.        )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED**.

2. Petitioner's Emergency Motion for Temporary Restraining Order and Immediate Release from Custody, [**R. 3**], is **DENIED**.

3. Petitioner's Motion to Expedite Decision on Petition for Writ of Habeas Corpus, [**R. 13**], is **DENIED AS MOOT**.

4. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

5. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

2

This 6th day of April, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

2